Ling Xiong
c/o Jame Cai, Attorney for Ling Xiong
Wood Wu, Attorney for Ling Xiong
1754 Technology Drive, Suite 122
San Jose, California 95110


Shengli Xi
c/o Jame Cai, Attorney for Shengli Xi
Wood Wu, Attorney for Shengli Xi
1754 Technology Drive, Suite 122
San Jose, California 95110

Xudong Li
c/o Jame Cai, Attorney for Xudong Li
Wood Wu, Attorney for Xudong Li
1754 Technology Drive, Suite 122
San Jose, California 95110