**Fill in this information to identify the case:**

Debtor    Zhicheng Construction Inc

United States Bankruptcy Court for the: _____Northern_____ District of _California_
(State)

Case number    5:24-bk-51240
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is: $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Case: 24-51240   Doc# 5   Filed: 08/15/24   Entered: 08/15/24 18:45:22   Page 1 of 4

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

Ling Xiong

_____

_____

_____

**Date or dates debt was incurred**    07/14/2021

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ☒ Disputed

**Basis for the claim:** Debtor allegedly breached a construction contract.

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

$ 102,071.22

---

**3.2** **Nonpriority creditor's name and mailing address**

Shengli Xi

_____

_____

_____

**Date or dates debt was incurred**    07/14/2021

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ☒ Disputed

**Basis for the claim:** Debtor allegedly breached a construction contract.

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

$ 102,071.22

---

**3.3** **Nonpriority creditor's name and mailing address**

Xudong Li

_____

_____

_____

**Date or dates debt was incurred**    07/14/2021

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ☒ Disputed

**Basis for the claim:** Debtor allegedly breached a construction contract.

**Is the claim subject to offset?**
- ☒ No
- ❑ Yes

$ 102,071.22

---

**3.4** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ _____

---

**3.5** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ _____

---

**3.6** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

$ _____

Case: 24-51240    Doc# 5    Filed: 08/15/24    Entered: 08/15/24 18:45:22    Page 2 of 4

**Part 3:     List Others to Be Notified About Unsecured Claims**

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.2. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.3. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.4. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 41. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.5. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.6. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.7. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.8. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.9. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.10. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |
| 4.11. | Line ____ <br> ❏ Not listed. Explain _____ | — — — — |

Case: 24-51240     Doc# 5     Filed: 08/15/24     Entered: 08/15/24 18:45:22     Page 3 of 4

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 306,213.66 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | | $ 306,213.66 |