**Fill in this information to identify the case:**

Debtor name _____Zhicheng Contruction Inc_____

United States Bankruptcy Court for the:___Northern_____ District of __California__
(State)

Case number (If known): ____5:24-bk-51240_____ Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ _____ <br><br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ _____ _____ _____ _____ _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ _____ <br><br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ _____ _____ _____ _____ _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ _____ <br><br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ _____ _____ _____ _____ _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ _____ <br><br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ _____ _____ _____ _____ _____ |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest _____ _____ <br><br> State the term remaining _____ <br> List the contract number of any government contract _____ | _____ _____ _____ _____ _____ _____ |

Case: 24-51240   Doc# 6   Filed: 08/15/24   Entered: 08/15/24 18:46:41   Page 1 of 2

Debtor _____ Case number (*if known*)_____
    Name

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

2._  **State what the contract or lease is for and the nature of the debtor's interest** _____ _____
_____ _____
_____
**State the term remaining** _____ _____
**List the contract number of any government contract** _____ _____

Case: 24-51240    Doc# 6    Filed: 08/15/24    Entered: 08/15/24 18:46:41    Page 2 of 2