☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case: 24-51240   Doc# 7   Filed: 08/15/24   Entered: 08/15/24 18:47:39   Page 1 of 2

Debtor _____ Case number (*if known*)_____
　　　　　Name

<table>
<tr><td colspan="2" style="background:black"></td><td></td></tr>
</table>

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.___ _____ | Street _____ _____ City　　State　　ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

Case: 24-51240　Doc# 7　Filed: 08/15/24　Entered: 08/15/24 18:47:39　Page 2 of 2