**Fill in this information to identify the case:**

Debtor name ___Zhicheng Construction Inc_____

United States Bankruptcy Court for the: ___Northern_____ District of __California__
(State)

Case number (If known): ___5:24-bk-51240_____

❑ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ _____0_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ _____0_____

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... $ _____0_____

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................ $ _____0_____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................. $ _____0_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................... **+** $ __306,213.66__

4. **Total liabilities**...................................................................................................................
   Lines 2 + 3a + 3b                                                                            $ __306,213.66__

Case: 24-51240    Doc# 8    Filed: 08/15/24    Entered: 08/15/24 18:49:52    Page 1 of 1