Form NOFNI

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Zhicheng Construction Inc | Case No.: 24–51240 SLJ 7 |
| | Debtor(s) | Chapter: 7 |

**NOTICE OF DEFICIENT FILING REGARDING OBSOLETE FORMS AND DISMISSAL OF CASE IN EVENT OF FAILURE TO CURE**

In the above–captioned case, obsolete and/or outdated forms were filed. The Official Form must be filed to amend each document noted below.

☑ Voluntary Petition (Official Form 201)

☐ Summary of Schedules (Official Form 206Sum)

☐ Statistical Summary of Certain Liabilities (Official Form 206Sum)

☐ Declaration under Penalty of Perjury on Behalf of a Corporation or Partnership (Official Form 202)

☐ Schedule A – Real Property (Official Form 206A/B)

☐ Schedule B – Personal Property (Official Form 206A/B)

☐ Schedule D – Creditors Holding Secured Claims (Official Form 206D)

☐ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 206E/F)

☐ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 206E/F)

☐ Schedule G – Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H – Codebtors (Official Form 206H)

☐ Statement of Financial Affairs (Official Form 207)

☐ Other:

**NOTICE IS GIVEN** that unless, within 14 DAYS OF THE DATE OF THIS NOTICE, an Official Form is filed for each document noted above, the court MAY DISMISS this case without further notice or a hearing.

The debtor(s) may request an extension of time to file the Official Forms noted above, but must do so within 14 DAYS OF THE DATE OF THIS NOTICE. The request may be filed electronically, mailed, or delivered in person to the court at the address stated below, but it must be received by the court before the 14 days has expired. If an extension is granted and the documents are not filed before the extension expires, the case may be dismissed.

U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Official Forms are available at www.canb.uscourts.gov

Dated: 8/16/24

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court