Zheng "Andy" Liu (S.B.# 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Debtor Zhicheng
Construction Inc*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.: 5:24-bk-51240 |
| ZHICHENG CONSTRUCTION INC, | **CORPORATE OWNERSHIP STATEMENT** |
| Debtor | **PURSUANT TO FRBP 1007(a)(1)** |
| | Chapter 7 |

I, Huaizhi Li, declare as follows:

1.      I am the CEO of Debtor Zhicheng Construction Inc in the above-captioned case. Except as otherwise stated, I have personal knowledge of the matters set knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

2.      There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

I declare, under the laws of the United States, that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment.

///

///

Case: 24-51240   Doc# 15   Filed: 08/16/24   Entered: 08/16/24 14:26:38   Page 1 of 2

Dated:  August 16, 2024

By    _Huaizhi Li (Aug 16, 2024 14:15 PDT)_
Huaizhi Li
*CEO of Debtor Zhicheng
Construction Inc.*

2

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FRBP 1007(a)(1)**

Case: 24-51240   Doc# 15   Filed: 08/16/24   Entered: 08/16/24 14:26:38   Page 2 of 2